JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN MICHAEL SMITH, | Case No. 2:20-cv-05845-DSF-AFM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| METROPOLITAN STATE HOSPITAL, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to prosecute.

DATED:  November 22, 2021

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE